**Entered on Docket
July 13, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed: July 13, 2010**

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-44186 LJT |
| **CHRISTOPHER LEE SCOTT and VENUS CALIP SCOTT,** | Chapter 13 |
| Debtors. | ORDER VALUING LIENS OF WORKMAN TRUST |
| _____/ | |

    On June 15, 2010, Christopher and Venus Scott ("Debtors") served a motion to value the liens of the Workman Trust ("Lienholder") against the property commonly known 1857 Pacheco Blvd., Martinez, CA 94553, which liens were recorded in Contra Costa County on or about December 4, 2007 as document numbers 032977401 and 032977501 and on or about March 18, 2009 as document number 005671201 ("the Liens").

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

    (1) For purposes of Debtors' chapter 13 plan only, the Liens are valued at zero, Lienholder does not have a secured claim, and the

Liens may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Liens shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Liens.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Liens shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Liens.

(5) Except as provided by separate, subsequent order of this court, the Liens may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Law Offices of Patrick L. Forte |
| | One Kaiser Plaza, Suite 480 |
| 4 | Oakland, CA 94612 |
| 5 | Christopher and Venus Scott |
| | 1857 Pacheco Blvd., Unit B |
| 6 | Martinez, CA 94553 |
| 7 | |
| | Attn: Officer |
| | Wells Fargo Bank, NA |
| 8 | 101 N. Phillips Ave. |
| 9 | Sioux Falls, SD 57104 |
| 10 | Attn: Trustee |
| | Workman Trust |
| 11 | c/o Suzanne Workman |
| | 24433 Palomares Rd. |
| 12 | Castro Valley, CA 94546 |
| 13 | |
| | REQUEST FOR SPECIAL NOTICE |
| 14 | |
| | Wells Fargo Bank, NA |
| 15 | c/o Barrett Daffin Frappier |
| | Treder & Weiss LLP |
| 16 | 20955 Pathfinder Road, Suite 300 |
| | Diamond Bar, CA 91765 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |