```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 10-44186 RE |
| **CHRISTOPHER LEE SCOTT and VENUS CALIP SCOTT,** | Chapter 13 |
| **Debtors.** | **REQUEST TO ENTER JUDGMENT VOIDING LIENS OF WORKMAN TRUST AND ITS SUCCESSORS IN INTEREST** |

_____/

Debtors Christopher and Venus Scott ("Debtors") hereby request the court enter a judgment voiding the lien of Robert I. Workman and Suzanne C. Workman, Trustees, Workman Trust of 1993, dated August 9, 1993 and its successors in interest secured against Debtors' property located at 1857 Pacheco Blvd. Unit B, Martinez, CA 94553 ("the property").

1. This request is based on the petition, schedules, and documents on file herein, the Motion to Value Security of Workman Trust, Memorandum of Points and Authorities in Support of the Motion and Declaration of Debtor in Support of the Motion filed on June 15,

2010, and subsequent Order Valuing the Liens of Workman Trust entered on July 13, 2010.

    2. On July 20, 2010, Debtors' chapter 13 plan, which stated Debtors' intention to strip the second and third liens of Sue Workman/Workman Trust from their residence, was confirmed.  Sue Workman/Workman Trust is also known as Robert I. Workman and Suzanne C. Workman as Trustees for the Workman Trust of 1993, dated August 9, 1993.

    3. On May 27, 2015, a Notice of Plan Completion and Request for Discharge was filed.

    4. On May 30, 2015, an Order Discharging 13 Debtor After Plan Completion was entered.

    Based on the foregoing, Debtors pray that:

    1. The court will enter an appropriate form of judgment determining the liens to be entirely, permanently, and for all purposes void and unenforceable.

Dated: June 16, 2015          /s/     Anne Y. Shiau
                                      ANNE Y. SHIAU
                                      Attorney for Debtors